1  SEYFARTH SHAW LLP
   Andrew M. Paley (SBN: 149699)
2  Sheryl L. Skibbe (SBN: 199441)
   Kimberly M. Foster (SBN: 243216)
3  2029 Century Park East, Suite 3300
   Santa Clara, California 90067-3063
4  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
5  Email:    apaley@seyfarth.com
             sskibbe@seyfarth.com
6            kfoster@seyfarth.com

7  Attorneys for Defendant
   RSM MCGLADREY, INC.

8

FILED

2008 MAR 31  P 3: 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11  LI DONG MA, individually and on        Case No.    C08   01729
    behalf of all others similarly situated,
12                                         Santa Clara County Superior Court
          Plaintiffs,                      Case No. 108CV106397
13
          v.                               **DISCLOSURE STATEMENT**
14
    RSM MCGLADREY, INC., a                 Complaint Filed:   Feb. 21, 2008
15  corporation; AMERICAN EXPRESS          Trial Date:        None
    TAX AND BUSINESS SERVICES,
16  INC., a corporation; and DOES 1-100,
    inclusive,
17
          Defendants.
18

19

20        Pursuant to Fed. R. Civ. P. 7.1, Defendant RSM McGladrey, Inc. states that

21  RSM McGladrey Business Services, Inc. is its parent corporation and owns 100%

22  of its stock.  H& R Block Group is the parent corporation of RSM McGladrey

23  Business Services, Inc. and owns 100% of RSMM Business Services.

24  DATED:  March 31, 2008                  SEYFARTH SHAW LLP

25

26                                         By _____
                                                Sheryl L. Skibbe
27                                         Attorneys for Defendant
                                           RSM MCGLADREY, INC.

28

_____
                        DISCLOSURE STATEMENT