1  SEYFARTH SHAW LLP
   Andrew M. Paley (SBN: 149699)
2  Sheryl L. Skibbe (SBN: 199441)
   Kimberly M. Foster (SBN: 243216)
3  2029 Century Park East, Suite 3300
   Santa Clara, California 90067-3063
4  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
5  Email:   apaley@seyfarth.com
            sskibbe@seyfarth.com
6           kfoster@seyfarth.com

7  Attorneys for Defendant
   RSM MCGLADREY, INC.
8

FILED
2008 MAR 31 P 3: 47
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING
ADR

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

C 08 01729 RS

11 LI DONG MA, individually and on  ) Case No.
   behalf of all others similarly situated, )
12                                    ) Santa Clara County Superior Court
        Plaintiffs,                   ) Case No. 108CV106397
13                                    )
        v.                            ) **CERTIFICATION OF**
14                                    ) **INTERESTED PARTIES**
   RSM MCGLADREY, INC., a             )
15 corporation; AMERICAN EXPRESS      ) [LOCAL RULE 7.1-1]
   TAX AND BUSINESS SERVICES,         )
16 INC., a corporation; and DOES 1-100, ) Complaint Filed: Feb. 21, 2008
   inclusive,                         ) Trial Date:      None
17                                    )
        Defendants.                   )
18

19

20     **TO THE UNITED STATES DISTRICT COURT FOR THE**

21 **NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF LI**

22 **DONG MA AND HER ATTORNEYS OF RECORD**:

23     The undersigned, counsel of record for defendant RSM McGladrey, Inc.

24 certifies that the following listed parties may have a pecuniary interest in the

25 outcome of this case. These representations are made to enable the Court to

26 evaluate possible disqualification or recusal.

27     1.     Li Dong Ma

28

CERTIFICATION OF INTERESTED PARTIES

2. Defendant RSM McGladrey, Inc.

3. Defendant American Express Tax and Business Services, Inc.

In addition, because this action purports to be an action on behalf of other putative class members, it is possible that other former or current employees of the defendants listed above may ultimately have a financial interest in this action as well.

DATED: March 31, 2008

SEYFARTH SHAW LLP

By _____
Sheryl L. Skibbe
Attorneys for Defendant
RSM MCGLADREY, INC.