1  SEYFARTH SHAW LLP
   Andrew M. Paley (SBN: 149699)
2  Sheryl L. Skibbe (SBN: 199441)
   Kimberly M. Foster (SBN: 243216)
3  2029 Century Park East, Suite 3300
   Santa Clara, California 90067-3063
4  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
5  Email:    apaley@seyfarth.com
             sskibbe@seyfarth.com
6            kfoster@seyfarth.com

7  Attorneys for Defendant
   RSM MCGLADREY, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 | LI DONG MA, individually and on          ) Case No. C08-01729 RS
   | behalf of all others similarly situated, )
12 |                                          ) Santa Clara County Superior Court
   |           Plaintiffs,                    ) Case No. 108CV106397
13 |                                          )
   |      v.                                  ) **NOTICE OF COMPLIANCE**
14 |                                          ) **WITH 28 U.S.C. § 1446(D)**
   | RSM MCGLADREY, INC., a                   )
15 | corporation; AMERICAN EXPRESS            ) Complaint Filed:  Feb. 21, 2008
   | TAX AND BUSINESS SERVICES,               ) Trial Date:       None
16 | INC., a corporation; and DOES 1-100,     )
   | inclusive,                               )
17 |                                          )
   |           Defendants.                    )
18

19

20      **TO THE UNITED STATES DISTRICT COURT FOR THE**

21 **NORTHER DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS**

22 **ATTORNEY OF RECORD**:

23      PLEASE TAKE NOTICE that on March 28, 2008, Defendant RSM

24 McGladrey, Inc. filed with the Superior Court in the State of California, County of

25 Santa Clara, its Notice to State Court of Removal of the above-captioned action

26 and notified Plaintiff of the removal, in compliance with 28 U.S.C. § 1446(d).

27 / / /

28

---

NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(D)

1  A true and correct copy of the Notice to State Court and to Adverse Party of
2  Removal is attached hereto, without exhibits, as Exhibit A.

4  DATED: April 2, 2008                    SEYFARTH SHAW LLP

                                           By _____
                                              Sheryl L. Skibbe
                                           Attorneys for Defendant
                                           RSM MCGLADREY, INC.

```
SEYFARTH SHAW LLP
Andrew M. Paley (SBN: 149699)
Sheryl L. Skibbe (SBN: 199441)
Kimberly Foster (SBN: 243216)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email:   apaley@seyfarth.com
         sskibbe@seyfarth.com
         kfoster@seyfarth.com

Attorneys for Defendant
RSM MCGLADREY, INC.
```

SUPERIOR COURT OF CALIFORNIA

**FILED BY FAX**

COUNTY OF SANTA CLARA

| | |
|---|---|
| LI DONG MA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RSM MCGLADREY, INC., a corporation; AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC., a corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 108CV106397<br><br>NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT<br><br>[28 U.S.C. § 1441]<br><br>Complaint Filed: Feb. 21, 2008<br>Trial Date: None |

**TO THE CLERK OF THE SUPERIOR COURT FOR THE COUNTY OF SANTA CLARA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 28, 2008, Defendant RSM McGladrey, Inc. filed with the United States District Court for the Northern District of California a Notice of Removal of the above-captioned action from the Superior Court of the State of California for the County of Santa Clara. Attached

NOTICE TO STATE COURT AND PARTIES OF REMOVAL

1 | hereto as Exhibit "A" is a true and correct copy of the Notice of Removal without
2 | its attached exhibits.

3

4 | DATED: April 1, 2008                    SEYFARTH SHAW LLP

5

6                                          By _____
                                              Sheryl L. Skibbe
7                                          Attorneys for Defendant
                                           RSM MCGLADREY, INC.
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA1 6687111.1                         2
                NOTICE TO STATE COURT AND PARTIES OF REMOVAL

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On April 1, 2008, I served the within documents:

1. NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

2. NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT; DECLARATION OF TAMMY DEAL;

3. DISCLOSURE STATEMENT

4. CERTIFICATION OF INTERESTED PARTIES

5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Wayne S. Kreger
William A. Baird
Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Tel: 310-296-9600
Fax: 310-396-0635

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2008, at Los Angeles, California.

Lee Drozd