**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:   (310) 396-9600
Facsimile:   (310) 396-9635
Email:       WKreger@maklawyers.com
             TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:   (925) 945-1276
Email:       manfromcal@sbcglobal.net

Attorneys for Plaintiff Li Dong Ma

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| LI DONG MA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>RSM MCGLADREY, INC., a corporation; AMERICAN EXPRESS TAX AND BUSINESS SERVICES INC., a corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | **CASE NO.: C-08-01729 RS**<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG**<br><br>Complaint Filed:  Feb. 21, 2008<br>Trial Date:       None |

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Plaintiff hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:     April 15, 2008          **MILSTEIN, ADELMAN & KREGER, LLP**

/s/ WILLIAM A. BAIRD\_\_\_\_\_
By:  WILLIAM A. BAIRD
Attorney for Plaintiff, LI DONG MA, on Behalf of Herself, All Others Similarly Situated, and On Behalf of the General Public.

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405