**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:   (310) 396-9600
Facsimile:   (310) 396-9635
Email:       WKreger@maklawyers.com
             TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:   (925) 945-1276
Email:       manfromcal@sbcglobal.net

Attorneys for Plaintiff Li Dong Ma

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| LI DONG MA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>RSM MCGLADREY, INC., a corporation; AMERICAN EXPRESS TAX AND BUSINESS SERVICES INC., a corporation; and DOES 1-100, inclusive,<br><br>  Defendants. | **CASE NO.: C-08-01729 RS**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[LOCAL RULE 3-16]**<br><br>Complaint Filed:  Feb. 21, 2008<br>Trial Date:        None |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:     April 15, 2008             **MILSTEIN, ADELMAN & KREGER, LLP**

__/s/ WILLIAM A. BAIRD_____
By:  WILLIAM A. BAIRD
Attorney for Plaintiff, LI DONG MA, on Behalf of Herself, All Others Similarly Situated, and On Behalf of the General Public.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.: C-08-01729 RS