**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:   (310) 396-9600
Facsimile:    (310) 396-9635

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone:   (925) 324-2159
Facsimile:    (925) 945-1276

Attorneys for Plaintiff,
**Li Dong Ma**

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| LI DONG MA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>RSM MCGLADREY, INC., a corporation; AMERICAN EXPRESS TAX AND BUSINESS SERVICES INC., a corporation; and DOES 1-100, inclusive,<br><br>       Defendants. | **CASE NO.: 08-CV-01729 JF**<br><br>**The Honorable Jeremy Fogel**<br>**Court Room: 3**<br>**5th Floor**<br><br>**NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

1

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT

TO ALL PARTIES:

    Attached hereto as Exhibit A, is Proof of Service of Summons and Complaint on Defendant, RSM McGladrey, Tax and Business Services on behalf of American Express Tax and Business Services, Inc., a corporation.

DATE: July 16, 2008              **MILSTEIN, ADELMAN & KREGER, LLP**

                                                 ___/S/ WILLIAM A. BAIRD_____
                                                 By: WILLIAM A. BAIRD
                                                 Attorney for Plaintiff, LI DONG MA, on Behalf of Herself, All Others Similarly Situated, and On Behalf of the General Public.

# EXHIBIT A

PROOF OF SERVICE
MA, et al., v. RSM McGLADREY, et al.
CASE NO. 2:08-cv-01729 RS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop North, Santa Monica, California 90405.**

On July 15, 2008, I served the foregoing documents described as:

1. Civil Case Cover Sheet
2. Summons
3. Complaint
4. Notice of Removal of Civil Action to The United States District Court
5. Order Setting Initial Case Management Conference and ADR Deadlines
6. Standing Order For All Judges of the Northern District of California Contents of Joint Case Management Statement
7. Standing Order Regarding Case Management in Civil Cases
8. Magistrate Judge Richard See Borg's Standing Order Re: Initial Case Management
9. Reassignment Order
10. Consent to Proceed Before A United States Magistrate Judge

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Agent for Service of Process for
> RSM McGladrey, TBS LLC on behalf
> of American Express Tax and Business
> Services, Inc.
> C/O Secretary of State of Minnesota
> 60 Empire Drive, Suite 100
> St. Paul, MN 55103.

xxxx (BY Federal Express Mail) I caused such envelope with postage thereon fully prepaid to be placed in the Federal Express Mail Box at Santa Monica, California.

Executed on July 15, 2008 at **Santa Monica, California.**

xxxx (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jason Beaman

**PROOF OF SERVICE**



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 16, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **798980020252**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | SAINT PAUL, MN |
| **Signed for by:** | L.MOREAU | **Delivery date:** | Jul 16, 2008 08:30 |
| **Service type:** | Standard Envelope | | |

*[signature]*

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 798980020252 | **Ship date:** | Jul 15, 2008 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**  
SAINT PAUL, MN US

**Shipper:**  
Santa Monica, CA US

**Reference**     RSM

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339