UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LI DONG MA, individually and on behalf of
all others similarly situated

            Plaintiff(s),

v.

RSM McGLADREY, INC.,

           Defendant(s).

CASE NO. C-08-01729 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)* the parties will determine the mediator and/or ADR provider after a ruling on class certification

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline  after a ruling on class certification

Dated:_____

Dated: July 15, 2008

Attorney for Plaintiff
ANDREW M. PALEY
SEYFARTH SHAW LLP
Attorney for Defendant
RSM MCGLADREY, INC.

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:
            Non-binding Arbitration
            Early Neutral Evaluation (ENE)
            Mediation
            Private ADR

      Deadline for ADR session
            90 days from the date of this order.
            other

IT IS SO ORDERED.

Dated:_____                                    _____

                                                                          UNITED STATES DISTRICT       JUDGE