When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
   X  Private ADR

    Deadline for ADR session
        90 days from the date of this order.
   X-- other  after ruling on class certification motion

IT IS SO ORDERED.

Dated: __7/18/08__                       _____
                                              UNITED STATES DISTRICT    JUDGE
                                              Jeremy Fogel