UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI DONG MA, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>RSM MCGLADREY, INC., a corporation; AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC., a corporation; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No. C08-01729 JF<br><br>[~~PROPOSED~~] ORDER REGARDING SUBSTITUTION OF PARTY AND DISMISSAL OF DEFENDANT AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC.<br><br>Complaint Filed:   Feb. 21, 2008<br>Trial Date:         None |

The Stipulation of the Parties regarding substitution of party and dismissal of defendant American Express Tax and Business Services, Inc. is adopted by the Court.

IT IS ORDERED:

1. Defendant American Express Tax and Business Services, Inc. is dismissed without prejudice;

2. Defendant RSM McGladrey TBS, LLC is added as a defendant in this action; and

LA1 6725502.1

3. RSM McGladrey, Inc.'s previously filed answer shall be deemed to also have been filed by RSM McGladrey TBS, LLC and no further responsive pleading is required on behalf of RSM McGladrey TBS, LLC.

Dated: 9/26/08

_____
Hon. Jeremy Fogel
United States District Court Judge

Respectfully submitted by:

SEYFARTH SHAW LLP
Andrew M. Paley (SBN: 149699)
Sheryl L. Skibbe (SBN: 199441)
Kimberly M. Foster (SBN: 243216)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email:   apaley@seyfarth.com
         sskibbe@seyfarth.com
         kfoster@seyfarth.com

Attorneys for Defendants
RSM McGLADREY, INC. and
RSM McGLADREY TBS, LLC

By   /s/
_____
     Sheryl Skibbe

LA1 6725502.1

2