**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
WILLIAM A. BAIRD, State Bar No. 192675
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: Wkreger@maklawyers.com
TBaird@maklawyers.com

**LAW OFFICE OF STEVEN ELSTER**
STEVEN ELSTER, State Bar No. 227545
785/E2 Oak Grove Road, #201
Concord, CA 94518-3617
Telephone: (925) 324-2159
Facsimile: (925) 945-1276
Email: manfromcal@sbcglobal.net

Attorneys for Plaintiff Li Dong Ma

**E-Filed 10/15/08**

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| LI DONG MA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RSM MCGLADREY, INC., a corporation; AMERICAN EXPRESS TAX AND BUSINESS SERVICES INC., a corporation; and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO.: CV-08-01729 JF**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

1

**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO.: C-08-01729 JF**

# STIPULATION

1. WHEREAS a Case Management Conference is currently set in this case for October 24, 2008.

2. WHEREAS Plaintiff's counsel is required to attend a Court ordered deposition and thus is cannot attend the Case Management Conference as presently set on the above date.

3. IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant to continue the above conference from October 24, 2008 at 10:30 a.m. to November 21, 2008 at 10:30 a.m., if convenient for the court.

COUNSEL FOR PLAINTIFFS

DATE:  October 14, 2008          By: /s/ WILLIAM A. BAIRD_____
                                 WILLIAM A. BAIRD
                                 Milstein, Adelman & Kreger, LLP

COUNSEL FOR DEFENDANTS

DATE:  October 14, 2008          By: /s/ ANDREW M. PALEY_____
                                 Andrew M. Paley
                                 Seyfarth Shaw LLP

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

2

**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO.: C-08-01729 JF**

# ORDER

After consideration of the above Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently set for October 24, 2008, is continued to November 21, 2008.

IT IS SO ORDERED.

DATE:  10/1/5/08

_____

The Honorable Jeremy Fogel

**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO.: C-08-01729 JF**

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405