*E-Filed 3/2/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI DONG MA, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>RSM MCGLADREY, INC., a corporation; AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC., a corporation; and DOES 1-100, inclusive,<br><br>             Defendants. | Case No. C08-01729 JF<br><br>[~~PROPOSED~~] ORDER RE PROTECTIVE ORDER FOR PRODUCTION OF CONFIDENTIAL INFORMATION<br><br>Complaint Filed:   Feb. 21, 2008<br>Trial Date:            None |

LA1 6773064.1

**ORDER**

GOOD CAUSE APPEARING, the Stipulation of the Parties regarding a protective order for production of confidential information is adopted by the Court. The Parties shall comply with and be bound by the provisions of the Stipulation Re Production of Confidential Information.

**IT IS SO ORDERED.**

Dated: 3/2/09

~~Hon. Jeremy Fogel~~
~~United States District Court Judge~~
Richard Seeborg
U.S. Magistrate Judge

Respectfully submitted by:

SEYFARTH SHAW LLP
Andrew M. Paley (SBN: 149699)
Sheryl L. Skibbe (SBN: 199441)
Kimberly M. Foster (SBN: 243216)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email:   apaley@seyfarth.com
         sskibbe@seyfarth.com
         kfoster@seyfarth.com

Attorneys for Defendants
RSM McGLADREY, INC. and
RSM McGLADREY TBS, LLC

By _____/s/_____
      Sheryl Skibbe

LA1 6773064.1

2