1  Jeffrey K. Compton (SBN 142969)
   jcompton@mzclaw.com
2  Daria Dub Carlson (SBN 150628)
   dcarlson@mzclaw.com
3  William A. Baird (SBN 192675)
   tbaird@mzclaw.com
4  MARKUN ZUSMAN & COMPTON LLP
   17383 Sunset Boulevard, Suite A380
5  Pacific Palisades, California 90272
   Telephone: (310) 454-5900
6  Facsimile: (310) 454-5970

7  Wayne S. Kreger (SBN 154759)
   wkreger@maklawyers.com
8  MILSTEIN, ADELMAN & KREGER, LLP
   2800 Donald Douglas Loop North
9  Santa Monica, California 90405
   Telephone: (310) 396-9600
10 Facsimile: (310) 396-9635

11 Steven Elster (SBN 227545)
   manfromcal@sbcglobal.net
12 LAW OFFICE OF STEVEN ELSTER
   785/E2 Oak Grove Road, #201
13 Concord, California 94518-3617
   Telephone: (925) 324-2159
14 Facsimile: (925) 945-1276

15 Attorneys for Plaintiff Li Dong Ma

16                    UNITED STATES DISTRICT COURT
17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| 18  LI DONG MA, individually and on behalf of all others similarly situated,<br>19<br>20<br>21  Plaintiff,<br>22  vs.<br>23<br>24  RSM MCGLADREY, INC., a corporation; AMERICAN EXPRESS TAX AND BUSINESS SERVICES INC., a corporation; and DOES 1-100, inclusive,<br>25<br>26<br>27<br>28  Defendants. | CASE NO.: CV-08-01729 JF<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF AND [~~PROPOSED~~] ORDER THEREON |

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER THEREON – C-08-02653-JF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Li Dong Ma ("Plaintiff") hereby substitutes William A. Baird of Markun Zusman & Compton LLP, as counsel of record in this action, in place of Wayne S. Kreger of Milstein, Adelman & Kreger LLP. The full name and address of William A. Baird is as follows:

> William A. Baird (SBN 192675)
> tbaird@mzclaw.com
> MARKUN ZUSMAN & COMPTON LLP
> 17383 Sunset Boulevard, Suite A380
> Pacific Palisades, California 90272
> Telephone: (310) 454-5900
> Facsimile: (310) 454-5970

I CONSENT TO SUBSTITUTION:

Dated: June 30, 2009

_____
Li Dong Ma

FORMER COUNSEL CONSENTS TO SUBSTITUTION:

Dated: June 10, 2009            MILSTEIN, ADELMAN & KREGER LLP

                                        /s/ Wayne S. Kreger
                                By: _____

2

1  NEW COUNSEL CONSENTS TO SUBSTITUTION:
2
3  Dated: June 10, 2009                MARKUN ZUSMAN & COMPTON LLP
4
5                                              /s/ William A. Baird
6                                      By: _____
7
8
9
10
11                          **[PROPOSED] ORDER**
12  This substitution is hereby approved. IT IS SO ORDERED.
13
14  Dated: __7-1-09__          _____
15                                  Honorable Jeremy Fogel
                                 UNITED STATES DISTRICT JUDGE
16
17
...
28

3