**E-Filed 5/12/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI DONG MA,<br><br>            Plaintiff,<br><br>      v.<br><br>RSM MCGLADREY, INC., et al.,<br><br>            Defendants | Case Number C 08-1729 JF (PVT)<br><br>ORDER[1] CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS |

On April 30, 2020, Magistrate Judge Patricia V. Trumbull issued an interim order requiring the parties to meet and confer and to submit a joint supplemental brief with respect to two discovery motions filed by Plaintiff. The April 30 order also continued the hearing on the motions to June 8, 2010. Because the disposition of those motions may affect the resolution of Defendants' pending motion to dismiss, the hearing on the latter motion will be continued to July 16, 2010, at 9:00 A.M.

**IT IS SO ORDERED**

DATED:  5/12/10

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-1729 JF (PVT)
ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS
(JFLC3)